B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re Brigette Miller-Levy,
*Debtor*

Case No. 15-20885-JKS

Chapter 13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $ 180,000.00 | | |
| B - Personal Property | yes | 5 | $ 3,700.00 | | |
| C - Property Claimed as Exempt | yes | 1 | | | |
| D - Creditors Holding Secured Claims | yes | 2 | | $ 523,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 1 | | $ 20,000.00 | |
| G - Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H - Codebtors | yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | yes | 2 | | | $ 4,600.00 |
| J - Current Expenditures of Individual Debtors(s) | yes | 3 | | | $ 6,000.00 |
| TOTAL | | | $ 183,700.00 | $ 543,000.00 | |

*[Signature and filing stamp: 2015 JUN 25 AM 10: — U.S. BANKRUPTCY COURT, FILED, NEWARK, NJ]*

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re **Brigette Miller-Levy**,
*Debtor*

Case No. **15-20885-JKS**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 4,600.00 |
| Average Expenses (from Schedule J, Line 22) | $ 6,000.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $ |

**State the following:**

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | $ 0.00 |
| 4. Total from Schedule F | $ 20,000.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | $ 20,000.00 |

Brigette Miller-Levy

Case No 15-20885-JKS

Chapter 13

## Listing of Creditors

1. US Bank National Association

3476 Stateview Blvd

Fort Mill, SC 29715


2. Phelan Hallinan & Schmeig, PC

400 Fellowship Road, Suite 100

Mt Laurel, NJ 08054


3. PSE & G

8 Park Plaza, PO Box 570

Newark, NJ 07101


4. Elizabeth Tax Collector

Elizabeth City Hall

50 Winfield Scott Plaza

Elizabeth, NJ 07201

5. American Water

Liberty Water Company

1025 Laurel Oak Road

Voorhees, NJ 08043

6. Chase Credit Card Services

PO Box 94914

Palintine, Illinois 60094