Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 15-20885(JKS) |
| BRIGETTE MILLER-LEVY | Chapter 13 |
| | Hearing date: 8-27-15 |
| | OBJECTION TO CONFIRMATION |

Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., the lessor of a motor vehicle to the debtor, objects to the debtor's plan for the following reasons:

a. The debtor must assume the lease and pay all lease payments directly to Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. in accordance with the terms of the lease and must either immediately purchase the vehicle or surrender it at lease end, and the plan must so provide.

b. The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the lease.  Prepetition lease arrears must be treated as an administrative priority expense and paid to Santander Consumer USA Inc. dba Chrysler Capital

    as servicer for CCAP Auto Lease Ltd. concurrently with or prior to payment of counsel fees, and in all events, prepetition arrears must be paid with interest and within 6 months of filing, OR before the lease terminates, whichever occurs first.

c. Presently the plan is silent, and as a result, **REJECTS THE LEASE**. If the lease is not assumed, the automatic stay and co-debtor stay will terminate at the conclusion of the confirmation hearing in accordance with 11 U.S.C. 365(p)(3).

                                                /s/ John R. Morton, Jr.
                                                John R. Morton, Jr., attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.

Dated: 7-13-15