**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

BRIGETTE MILLER-LEVY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  15-20885JKS

HEARING DATE:  08/27/2015

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- The plan does not appear to be feasible pursuant to 11 U.S.C. Section 1325(a)(6), as the debtor will be unable to make payments under the plan and to comply with the plan.

    Specifically, there is no budget surplus from which plan payments can be made.

- Credit Counseling was done post-petition in violation of Section 109.

- Debtor(s) failed to meet the requirements of 521(e)(2)(A)(i), in that the debtor(s) failed to produce a copy of the most recently filed pre-petition tax return or transcript thereof.

- Debtor(s):
    - Failed to appear at the scheduled 341A Meeting of Creditors hearing on 7/21/2015.
    - Failed to make payments to the Standing Trustee as of 7/23/2015.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  July 23, 2015

By:  /S/Marie-Ann Greenberg
      Marie-Ann Greenberg, Esquire
      Chapter 13 Standing Trustee